[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 20, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-10054

_____

D. C. Docket No. 03-00166-CV-CAR-5

AUTO-OWNERS INSURANCE COMPANY,

Plaintiff-Appellant,

versus

MAMIE LUKE,
SIMON EUGENE SMITH,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(September 20, 2005)

Before BIRCH, HULL and BOWMAN[*], Circuit Judges.

PER CURIAM:

_____

[*]Honorable Pasco Bowman, II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

Having thoroughly reviewed the record, the briefs of the parties and having heard oral argument, we find no reversible error in this case. Accordingly, we **AFFIRM** the judgment of the district court.